KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
Telephone (702) 385-5534
Fax (702) 385-1869
Email: ktkennedylaw@gmail.com
Attorney For Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 2:21-mj-00102-BNW |
| VS. | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| RUBEN PEREZ-ALONSO, | ) | **TRIAL DATE** |
| | ) | **(First Request)** |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Assistant United States Attorney, counsel for Plaintiff the United States Of America and Kirk T. Kennedy, Esq., counsel for Defendant Ruben Perez-Alonso, the trial date currently scheduled for June 23, 2021, be vacated and set to a date and time convenient to this court.

This Stipulation is entered into for the following reasons:

1. The parties have been negotiating and defense counsel needs time to review the discovery with the defendant;

2. The parties agree to the continuance;

3. The additional time requested herein is not sought for purposes of delay but merely to allow counsel for the defendant sufficient time within which to be able to effectively and

1

completely review the discovery and a possible negotiated resolution with his client, taking into account considerations of due diligence;

4. Denial of this request could result in a miscarriage of justice;

5. This is the first request to continue the trial date.

DATED this 16th day of June, 2021.

| Defendant RUBEN PEREZ-ALONSO | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
| By: /s/ *Kirk T. Kennedy*<br>KIRK T. KENNEDY, ESQ.<br>Counsel For Defendant | By: /s/ *Rachel Kent*<br>RACHEL KENT. ESQ.<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-mj-00102-BNW |
| | ) | |
| VS. | ) | FINDINGS OF FACT, |
| | ) | CONCLUSIONS OF LAW, |
| RUBEN PEREZ-ALONSO, | ) | AND ORDER |
| | ) | |
| Defendants. | ) | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties have been negotiating and defense counsel needs time to review the discovery with the defendant;

2. The parties agree to the continuance;

3. The additional time requested herein is not sought for purposes of delay but merely to allow counsel for the defendant sufficient time within which to be able to effectively and completely review the discovery and a possible negotiated resolution with his client, taking into account considerations of due diligence;

4. Denial of this request could result in a miscarriage of justice;

5. This is the first request to continue the trial date.

For all of the above-stated reasons, the ends of justice would be best served by continuing the calendar call and trial dates.

## CONCLUSIONS OF LAW

The ends of justice that would be served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said

continuance would be likely to result in a miscarriage of justice, and would deny defense counsel the opportunity to prepare an effective defense for his client, taking into account the exercise of due diligence.

ORDER

IT IS THEREFORE ORDERED that the trial currently scheduled June 23, 2021, be vacated and continued to the **28th** day of **July** at the hour of **9** a.m./p.m.

DATED this **21st** day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4